Angela M. Taylor (State Bar No. 210425)
angelataylor@jonesday.com
Michael A. Deshong (State Bar No. 301041)
mdeshong@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLYANN SWIHART, <br><br>    Plaintiff, <br><br>    v. <br><br>EXPERIAN INFORMATION SOLUTIONS, INC., <br><br>    Defendant. | Case No. 8:15-cv-00730 CJC (JCGx) <br><br>Assigned to Hon. Cormac J. Carney <br><br>**JOINT NOTICE OF SETTLEMENT** <br><br>Complaint filed: May 7, 2015 |

PLEASE TAKE NOTICE THAT Plaintiff Sallyann Swihart ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (45) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

NAI-1501002907v1

JOINT NOTICE OF SETTLEMENT
Case No. 8:15-cv-00730 CJC (JCGx)

| | | |
|---|---|---|
| 1 | Dated: May 25, 2016 | Respectfully submitted, |
| 2 | | JONES DAY |
| 4 | | By: */s/ Michael A. Deshong* |
| | | Michael A. Deshong |
| 6 | | Attorney for Defendant |
| | | EXPERIAN INFORMATION SOLUTIONS, INC. |
| 9 | Dated: May 25, 2016 | Respectfully submitted, |
| 11 | | By: */s/ Stephanie R. Tatar* |
| | | Stephanie R. Tatar |
| 13 | | Attorney for Plaintiff |
| | | SALLYANN SWIHART |

### Signature Certification

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all of other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Dated: May 25, 2016           Respectfully submitted,

By: */s/ Michael A. Deshong*
Michael A. Deshong
JONES DAY

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

- 2 -

JOINT NOTICE OF SETTLEMENT
Case No. 8:15-cv-00730 CJC (JCGx)

# CERTIFICATE OF SERVICE

I, Michael A. Deshong, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **May 25, 2016**, I served by electronic transmission a copy of the within document(s):

**JOINT NOTICE OF SETTLEMENT**

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Stephanie R. Tatar<br>TATAR LAW FIRM, APC<br>3500 West Olive Avenue, Suite 300<br>Burbank, CA 91505<br>Telephone: (323) 744-1146<br>Facsimile: (888) 788-5695<br>Stephanie@thetatarlawfirm.com | Attorney for Plaintiff<br>SALLYANN SWIHART |

Executed on **May 25, 2016**, at Irvine, California.

*/s/ Michael A. Deshong*
Michael A. Deshong